UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                       )
ANDREW GROSS, III,                     )
                                       )
            Plaintiff,                 )
                                       )
      v.                               )      Civil Action No. 10-0194 (PLF)
                                       )
ERIC HOLDER, JR., *et al.*,            )
                                       )
            Defendants.                )
_____)

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that plaintiff's motion for a temporary restraining order and for a

preliminary injunction [Dkt. #6] is DENIED; it is further

ORDERED that defendants motion for reconsideration of the order granting

plaintiff *in forma pauperis* status [Dkt. #10] is GRANTED; it is

FURTHER ORDERED that the order granting plaintiff's motion for leave to

proceed *in forma pauperis* [Dkt. #4] is VACATED and plaintiff's *in forma pauperis* status is

REVOKED; and it is

1

FURTHER ORDERED that all proceedings in this civil action are STAYED for 30 days after the date of this Order. Within this 30-day period, plaintiff shall pay in full to the Clerk of Court the $350 filing fee. If plaintiff fails to make such payment timely, the Court will dismiss this civil action without prejudice.

SO ORDERED.


/s/_____
PAUL L. FRIEDMAN
DATE: June 1, 2010                              United States District Judge

2